Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALANNA STANTON, a single woman,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,

    Defendant.

Case No.:   2:20-cv-01313-BJR

STIPULATION AND ORDER EXTENDING DEADLINE FOR PRODUCTION OF EXPERT REPORTS UNDER FRCP 26(a)(2)

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel of record for the parties that the deadline for disclosing reports of expert witnesses under FRCP 26(a)(2) in this matter should be extended one month to May 14, 2021.

Plaintiff's First Request for Production to Defendant State Farm requesting the relevant claim file was served on January 19, 2021.  Due to the COVID pandemic, there has been a delay in production of the claim file by Defendant State Farm, which State Farm has now agreed to produce no later than March 5, 2021.  Plaintiff's expert is unable to prepare his report without having adequate time to review said claim file.  As such, the parties have agreed to extend the expert disclosure deadline one month in order to avoid any undue prejudice in this regard.

STIPULATION AND ORDER EXTENDING
DEADLINE FOR DISCLOSURE OF EXPERT
REPORTS - 1
204617

LAW OFFICES OF
NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington  98125
206/623-7520

DATED this 3rd day of March, 2021.

| | |
|---|---|
| s/Fred P. Langer | s/Michelle E. Kierce |
| Fred P. Langer, WSBA #25932 | Vasudev N. Addanki, Esq., WSBA #41055 |
| Nelson Langer Engle, PLLC | Michelle E. Kierce, Esq., WSBA #48051 |
| 12055 15th Avenue NE, Suite 100 | Betts, Patterson & Mines, P.S. |
| Seattle, WA  98125 | 701 Pike Street, Suite 1400 |
| Telephone:  (206) 623-7520 | Seattle, WA  98101-3927 |
| Facsimile:  (206) 622-7068 | Telephone:  (206) 292-9988 |
| Email:  FredL@NLELaw.com | Facsimile:  (206) 343-7053 |
|    Attorney for Plaintiff | Email:  vaddanki@bpmlaw.com and mkierce@bpmlaw.com |
| | Attorney for Defendant |

## ORDER

THIS MATTER coming on before the above-entitled Court, based upon the foregoing Stipulation, and the Court being advised in the premises, it is now, therefore,

ORDERED, ADJUDGED AND DEGREED that the deadline for disclosing expert reports under FRCP 26(a)(2) is extended to May 12, 2021.

DATED this 4th day of March, 2021.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING
DEADLINE FOR DISCLOSURE OF EXPERT
REPORTS - 2
204617

Law Offices of
Nelson Langer Engle, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington  98125
206/623-7520