**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALANNA STANTON, a single woman, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer, <br><br> Defendant. | NO. 2:20-CV-1313-BJR <br><br> STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE |

The parties to this action hereby stipulate and move, through their designated counsel, that the above-captioned action be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, each party to bear their own costs.

DATED this 27th day of September, 2021.
BETTS, PATTERSON & MINES, P.S.

By: *s/ Michelle E. Skaurud*
    Vasudev N. Addanki, WSBA #41055
    Michelle E. Skaurud, WSBA #48051
701 Pike Street, Suite 1400
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:    (206) 343-7053
Email:         vaddanki@bpmlaw.com
Email:         mskaurud@bpmlaw.com
*Attorneys for Defendant*

DATED this 27th day of September, 2021.
NELSON LANGER ENGLE, PLLC

By: *s/ Frederick P. Langer*
    Frederick P. Langer, WSBA #25932
12055 - 15th Ave NE
Seattle, WA  98125-5031
Telephone:   (206) 623-7520
Facsimile:    (206) 622-7068
E mail:        FredL@NLELaw.com
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE [NO. 2:20-CV-1313-BJR] - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Stanton_Stipulated Order of Dismissal.docx/090821 1506/8544-0047

## ORDER

THIS MATTER having come before the Court and the Court having considered the Stipulated Motion of the parties, and deeming itself otherwise fully advised in the premises, now, therefore, it is hereby

ORDER, ADJUDGED and DECREED that any and all claims by plaintiff Alanna Stanton against defendant State Farm Mutual Insurance Company are hereby dismissed with prejudice and without costs.

Dated this 8th day of September, 2021.

*Barbara J Rothstein*
United States District Judge
Barbara Rothstein

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE                     - 2 -
[NO. 2:20-CV-1313-BJR]

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Stanton_Stipulated Order of Dismissal.docx/090821 1506/8544-0047